**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NICOLAS ALFONSO PADRON,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | No.  3:19-CV-609-M |
| | ) | |
| **DAN COGDELL,** | ) | |
| **Defendant.** | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this case will be **REMANDED** to the 14th Judicial District Court of Dallas County, Texas.

**SIGNED this 24th day of April, 2019.**

BARBARA M. G. LYNN
CHIEF JUDGE